# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 370 WAL 2017

           Respondent      :    Petition for Allowance of Appeal from
                            :    the Order of the Superior Court

              v.                     :

TERREL NOAKS,                   :

           Petitioner       :

## ORDER

**PER CURIAM**

     **AND NOW**, this 27th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.